UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BUD LEE and CINDY LUNDMAN, ) <br> as next friend and as natural parents of ) <br> PATRICK LEE, deceased, ) <br>  ) <br> Plaintiffs, ) <br>  ) <br> v. ) <br>  ) <br> METROPOLITAN GOVERNMENT of NASHVILLE/ ) <br> DAVIDSON COUNTY, TENNESSEE, ) <br> CHIEF OF POLICE, RONAL SERPAS, ) <br> individually and in his official capacity, ) <br> POLICE OFFICER JONATHAN MAYS, ) <br> POLICE OFFICER JAMIE SCRUGGS, ) <br> POLICE OFFICER CHRISTOPHER BROOKS, ) <br> POLICE OFFICERS JOHN AND/OR ) <br> JANE DOE 1-10, individually and in ) <br> their official capacities, and ) <br> TASER INTERNATIONAL, INC., ) <br>  ) <br> Defendants. ) | Case No. 3:06-0108 <br> Judge Trauger |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion to Dismiss (Docket No. 16) filed by one of the defendants, Taser International, Inc., is **GRANTED** and the Motion to Amend Complaint (Docket No. 31) filed by the plaintiffs is **DENIED** as moot.

It is so ordered.

Enter this 28th day of April 2006.

_____
ALETA A. TRAUGER
United States District Judge