UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BUD LEE and CINDY LUNDMAN, ) | |
| as next friend and as natural parents of ) | |
| PATRICK LEE, deceased ) | |
|     Plaintiff, ) | Case No. 3:06-0108 |
| ) | Judge Trauger |
| v. ) | |
| ) | |
| THE METROPOLITAN ) | |
| GOVERNMENT OF NASHVILLE ) | |
| AND DAVIDSON COUNTY, et al., ) | |
| ) | |
|     Defendants. ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, defendant Metropolitan Government of Nashville and Davidson County's ("Metro's") Motion to Dismiss (Docket No. 95) is **GRANTED**, and defendant Ronal Serpas' Motion for Judgment on the Pleadings (Docket No. 107) is **GRANTED** in part and **DENIED** in part. Count six of the amended complaint, as against defendant Metro, is **DISMISSED**, and counts nine, ten, and eleven of the amended complaint, are **DISMISSED** for lack of jurisdiction. In addition, counts six, nine, ten and eleven of the amended complaint as against defendant Serpas are **DISMISSED**. Counts seven and eight of the amended complaint are construed to state a valid claim under 42 U.S.C. § 1983 against both defendant Metro and defendant Serpas.

It is so ordered.

Enter this 21st day of February 2007.

*[signature]*

ALETA A. TRAUGER
United States District Judge