IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BUD LEE and CINDY LUNDMAN, as next friend and as natural parents of Patrick Lee, deceased | ) ) ) ) | |
| v. | ) ) | No. 3-06-0108 |
| METROPOLITAN GOVERNMENT OF NASHVILLE/DAVIDSON COUNTY, TENNESSEE; RONAL SERPAS, individually and in his official capacity POLICE OFFICER JONATHAN MAYS; POLICE OFFICER JAMIE SCRUGGS; POLICE OFFICER CHRISTOPHER BROOKS; POLICE OFFICER JASON CREGAN; POLICE OFFICER PAUL SMITH; SERGEANT JUSTIN PINKELTON; POLICE OFFICER SHARRAFF MALLERY; POLICE OFFICER JOHN WRIGHT; POLICE OFFICER RYAN SCOTT; POLICE OFFICER WAYNE FISHER, individually and in their official capacities; and TASER INTERNATIONAL, INC. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |

O R D E R

The plaintiffs' motion to compel (Docket Entry No. 151) is DENIED. All of the ten individual defendants who were the subject of the motion to compel have responded to the motion, representing that they had or would shortly serve responses to the plaintiffs' interrogatories and requests for production of documents. See Docket Entry Nos. 152-155. Therefore, the motion is rendered moot.

To the extent that defendants Cregan, Smith and Mallery sought an extension of time to respond to the plaintiffs' written discovery, that request is GRANTED nunc pro tunc.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge