UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BUD LEE and CINDY LUNDMAN, | ) | |
| as next friend and as natural parents of | ) | |
| PATRICK LEE, deceased, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 3:06-01-08 |
| | ) | |
| METROPOLITAN GOVERNMENT | ) | |
| OF NASHVILLE/DAVIDSON | ) | |
| COUNTY, TENNESSEE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT TASER INTERNATIONAL, INC.'S GLOBAL APPENDIX OF EVIDENCE IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT AND ITS DAUBERT MOTIONS

## VOLUME I

Defendant TASER International, Inc. respectfully submits this Global Appendix, Volume I, including Exhibits 1 through 13, consisting of designated evidence cited in support of its Motion for Summary Judgment and in support of its Daubert Motions to exclude Plaintiffs' experts, served on counsel on October 15, 2008.  The following materials are provided:

**Description**                                                                                   **Tab**

Expert Report of Amy L. DeJongh Curry, Ph.D. ............................................................1

Expert Report of Donald M. Dawes, M.D., FACEP ......................................................2

Expert Report of Vincent J.M. Di Maio, M.D. ...............................................................3

Expert Report of Michael A. Evans, Ph.D. .....................................................................4

Expert Report of Richard I. Fogel, M.D. .........................................................................5

Expert Report of Michael Graham, M.D. ................................................................................6

Expert Report of Richard A. Guilbault ..................................................................................7

Expert Report of Andrew Hinz[1] ...........................................................................................8

Expert Report of Jeffrey D. Ho, M.D., FACEP ......................................................................9

Expert Report of Mark R. Lehto, EIT, Ph.D. .......................................................................10

Expert Report of John G. Peters, Jr., Ph.D., M.B.A., CLS ....................................................11

Expert Report of John E. Pless, M.D. ..................................................................................12

Expert Report of Patrick Smith .............................................................................................13

Respectfully submitted,

   *s/John R. Maley*
John R. Maley
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana  46204
Telephone:     (317) 236-1313
Facsimile:     (317) 231-7433
Email: jmaley@btlaw.com

Kathleen M. Anderson
BARNES & THORNBURG LLP
600 One Summit Square
Fort Wayne, Indiana  46802
Telephone:     (260) 423-9440
Facsimile:     (260) 424-9316
E-Mail:     kathleen.anderson@btlaw.com

Brigid M. Carpenter
BAKER, DONELSON, BEARMAN,
   CALDWELL & BERKOWITZ, P.C.
211 Commerce Street, Suite 1000
Nashville, Tennessee  37201
Telephone:     (615) 726-7341
Facsimile:     (615) 744-7341
Email:     bcarpenter@bakerdonelson.com

Attorneys for Defendant,
TASER International, Inc

---

[1] Please note that certain exhibits are being submitted in color and are easier to comprehend if viewed in color.

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 15th day of October, 2008, a copy of the foregoing was electronically filed and served on the following counsel of record by the Court's electronic filing system:

| | |
|---|---|
| Joe Bednarz, Jr.<br>Joe Bednarz, Sr.<br>BEDNARZ & BEDNARZ<br>Suite 1400 Parkway Towers<br>404 James Robertson Parkway<br>Nashville, Tennessee 37219 | Thomas T. Overton<br>213 Third Avenue North<br>Nashville, Tennessee 37201-1603 |
| William R. Willis, Jr.<br>Tyree B. Harris, IV<br>WILLIS & KNIGHT<br>215 Second Avenue North<br>Nashville, Tennessee 37201 | Brigid M. Carpenter, Esq.<br>BAKER, DONELSON, BEARMAN, &<br>  BERKOWITZ, P.C.<br>211 Commerce Street, Suite 1000<br>Nashville, Tennessee  37201 |
| John M.L. Brown<br>222 Second Avenue North, Suite 312<br>Nashville, Tennessee  37201 | Lawrence Alan Poindexter<br>ROCHELLE, MCCULLOCH & AULDS<br>109 Castle Heights Avenue, North<br>Lebanon, Tennessee 37087 |
| Aubrey B. Harwell, Jr.<br>William T. Ramsey<br>James G. Thomas<br>NEAL & HARWELL, PLC<br>150 Fourth Avenue North, Suite 2000<br>Nashville, Tennessee  37219 | Alison Bussell<br>Metropolitan Department of Law<br>222 Third Avenue North, Suite 501<br>Nashville, Tennessee 37201 |

*s/John R. Maley*

INDS02 JRM 1008754v1