# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| BUD LEE and CINDY LUNDMAN, as next friend and as natural parents of PATRICK LEE, deceased, <br><br> Plaintiffs, <br><br> v. <br><br> METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE, *et al.*, <br><br> Defendants. | Civil No. 3:06-0108 <br> Judge Trauger |

## **JUDGMENT**

Pursuant to previous rulings by the court (Docket Nos. 38, 463) and a stipulation of the parties (Docket No. 76), judgment is hereby **ENTERED** in favor of defendant Taser International, Inc. on all claims lodged against it by the plaintiffs herein.

It is so **ORDERED**.

ENTER this 29th day of May 2009.

_____
ALETA A. TRAUGER
U.S. District Judge