UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BUD LEE and CINDY LUNDMAN, as next friend and as natural parents of PATRICK LEE, deceased, | ) ) ) | |
| Plaintiffs, | ) ) | Civil No. 3:06-0108 |
| | ) | Judge Trauger |
| v. | ) ) | |
| METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE, *et al*, | ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the plaintiffs' Motion for New Trial (Docket No. 600) is **DENIED**; the plaintiffs' Motions to Review Bill of Costs (Docket Nos. 619 and 621) are **GRANTED** and no costs will be awarded to Metro and Taser in this case, and defendant Metro's Motion for Leave to Interview Jurors (Docket No. 598), which was joined by the plaintiffs (Docket No. 599), is **DENIED**, without prejudice.

It is so ordered.

Enter this 10th day of August 2009.

_____
ALETA A. TRAUGER
United States District Judge